UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

           -against-

RODERICK GUNN,
           Defendant.

-----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-10-07
```

ORDER
S1 06 Cr. 911 (LBS)

    Upon the *EX-PARTE* application of RODERICK GUNN by his attorney RICHARD PALMA, for an Order authorizing the appointment of *Learned Counsel* pursuant to Title 18 U.S.C. § 3553 (d) & Title 18 U.S.C. 3006A:

IT IS HEREBY ORDERED, that:

1. MITCHELL DINNERSTEIN, ESQ., assist RICHARD PALMA, ESQ., in the representation of RODERICK GUNN, in the above-captioned matter, as *learned counsel*, pursuant to Title 18 U.S.C. § 3553 (d) & Title 18 U.S.C. 3006A.

2. Court-appointed counsels, MITCHELL DINNERSTEIN and RICHARD PALMA, are to be compensated at the enhanced rate of $166 per hour and that the enhanced hourly rate may be charged *nunc pro tunc* from August 28, 2007, the date that the defendant was arraigned on this indictment in the Southern District of New York.

3. Interim vouchers may be submitted every 90-days starting from August 28, 2007.

Dated: October 7, 2007
       New York, N.Y.

SO ORDERED

*[signature]*
LEONARD B. SAND
UNITED STATES DISTRICT JUDGE