**RICHARD PALMA**
ATTORNEY AT LAW
381 PARK AVENUE SOUTH-SUITE 701
NEW YORK, NEW YORK 10016

MEMBER OF THE BAR IN
NEW YORK – NEVADA –
FLORIDA

TEL. (212) 686-8111
FAX (212) 686-8690
E-MAIL: rpalma@verizon.net

May 6, 2008

**BY ELECTONIC FILING**

Honorable Leonard B. Sand, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1650
New York, N.Y. 10007

  Re: U.S. v. Alton Davis et al., including Roderick Gunn,
    Dkt. No. S1 06 Cr. 911 (LBS)

Dear Judge Sand:

  In accordance with Your Honor's instructions issued today at the status conference, this will serve as Mr. Roderick Gunn's written request respectfully asking this Court to vacate an existing order which separates him from his co-defendants housed at the MCC – New York. By vacating this order, this will enable Mr. Gunn and his co-defendants to use library services at the same time, services that they have been unable to use, in this manner, because of the order.

  If Your Honor has any questions concerning this request, I can be reached by cell-phone at (917) 751-5754.

  Thank you.

              Respectfully submitted,

              Richard Palma

RICHARD PALMA
ATTORNEY AT LAW
