**MEMO ENDORSED**

**RICHARD PALMA**
ATTORNEY AT LAW
381 PARK AVENUE SOUTH-SUITE 701
NEW YORK, NEW YORK 10016



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-12-08

MEMBER OF THE BAR IN
NEW YORK – NEVADA –
FLORIDA

TEL. (212) 686-8111
FAX (212) 686-8690
E-MAIL: rpalma@verizon.net

May 7, 2008

**BY ELECTONIC FILING**

Honorable Leonard B. Sand, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1650
New York, N.Y. 10007

RECEIVED MAY 12 2008

Re: **SECOND REQUEST BY RODERICK GUNN**
*U.S. v. Alton Davis et al., including Roderick Gunn,*
*Dkt. No. S1 06 Cr. 911 (LBS)*

Dear Judge Sand:

After speaking with the government this morning concerning Mr. Roderick Gunn's first written request for vactur of an existing separation order in place at the MCC – New York, the government is not opposed to a modification of the existing order to the extent that it will allow Mr. Gunn and only codefendant, Alton Davis, to have contact.

If Your Honor has any questions concerning this second request, I can be reached by cell-phone at (917) 751-5754.

Thank you.

Respectfully submitted,

Richard Palma

So endorsed
[signature] Sand
5/12/08

RICHARD PALMA
ATTORNEY AT LAW

**MEMO ENDORSED**