MEMO ENDORSED

The Honorable Leonard B. Sand
United States District Court
Southern District of New York,
500 Pearl Street,
New York, N.Y. 10007

RECEIVED
JUN 0 6 2008
CHAMBERS OF
LEONARD B. SAND

*The U.S. Attorney's office is to respond to the Grand Jury motion setting a return date in August. So ordered. /s/ Sand USDJ 6/9/08*

Re: United States v. Roderick Gunn
    SI 06 Cr. 911

Dear Judge Sand;

   I am the defendant in the above-entitled case, and I hereby submits this supplement in support of the previous submitted motion challenging the Grand Jury proceedings that returned the instant indictment SI 06 Cr. 911. It was acknowledged by counsel that he would only adopt the motion, but not supplementing said motion, and such was agreed upon by both myself and counsel Richard Palma. Seeing that counsel will not be supplementing the motion, I hereby request of the Court to compel the government to submit their opposition and to notify counsel of a date that the Court would litigate the issues mentioned the the motion. Counsel had agreed to supplement other motions submitted, such as the Double jeopardy Motion and the Bruton Motion, which, the timing to prepare these supplements by counsel, will not affect the grand Jury motion pending.

   The request is now made to the Court for the government to answer the Grand Jury Motion, and for a date to be granted to litigate such. Defendant do request of the Court to take into consideration the severity of the consequenses relating to the charges on the instant indictment, when determining if the opportunity should be granted for a judicial review of the issues mentioned in the motion and the reliefs sought.

Dated: June 4th, 2008

Respectfully submitted,
R. Gunn
Roderick Gunn

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-19-08

MEMO ENDORSED

COPIES MAILED TO ALL PARTIES