# RICHARD PALMA
ATTORNEY AT LAW
381 PARK AVENUE SOUTH-SUITE 701
NEW YORK, NEW YORK 10016

| | |
|---|---|
| **MEMBER OF THE BAR IN** <br> **NEW YORK – NEVADA –** <br> **FLORIDA** | TEL. (212) 686-8111 <br> FAX (212) 686-8690 <br> E-MAIL: rpalma@verizon.net |

September 8, 2008

Honorable Leonard B. Sand, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1650
New York, N.Y. 10007

     ***Re:*** ***U.S. v. Alton Davis et al., including Roderick Gunn,***
           ***Dkt. No. S1 06 Cr. 911 (LBS)***

Dear Judge Sand:

     In accordance with the Court's instructions of May 6, 2008 this letter is to advise Your Honor of pre-trial motions that are intended to be submitted on Mr. Roderick Gunn's behalf. It is our understanding that Your Honor will set a motion schedule for all parties at the next status conference of September 15, 2008 at 10 A.M.

     The following is a non-exhaustive list of motions expected to be submitted for Mr. Gunn:

1. Motion for Severance, Improper Joinder, **Fed.R.Crim.P. 8**.
2. Motion for Severance, Prejudice, **Fed.R.Crim.P. 14**.
3. Motion to Suppress Gunn's Statements, Violation of **Sixth Amendment of the U.S. Const.** (Right to Counsel Clause).
4. Motion to Dismiss Indictment, Violation of **Fifth Amendment of the U.S. Const.** (Double Jeopardy Clause).
5. Motion to Dismiss Indictment on Grounds of Pre-Indictment Delay, Government Vindictiveness, Insufficiency of Evidence to Support Several Counts, and Government violation of **Fed.R.Crim.P. 6**.

     Unless good cause is shown, we anticipate filing all pre-trial motions for Mr. Gunn in compliance with the Court's prospective motion schedule.

     Thank you.

RICHARD PALMA
ATTORNEY AT LAW

**Page-2**
**Letter to Hon. Leonard B. Sand, U.S.D.J.**
**September 8, 2008**

                                                  Respectfully submitted,

                                                  s/ Richard Palma

                                                  Richard Palma

ECF filed.