AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | |
|---|---|
| RODERICK GUNN | ) |
| *Plaintiff* | ) |
| v. | )  Case No.   14 CV 3228 (WHP) |
| UNITED STATES | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Roderick Gunn, with respect to his claims arising under Johnson v. U.S., 135 S. Ct. 2551 (2015)                 .

Date:     06/23/2016

/S/
*Attorney's signature*

DEIRDRE D. VON DORNUM
*Printed name and bar number*

FEDERAL DEFENDERS OF NY, INC.
ONE PIERREPONT PLAZA, 16TH FLOOR
BROOKLYN NY 11201

*Address*

deirdre_vondornum@fd.org
*E-mail address*

(718) 330-1200
*Telephone number*

(212) 571-0392
*FAX number*