UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                :

      -against-                                      :          06 Cr. 911 (WHP)

Roderick Gunn,                                              :          <u>ORDER</u>
                    Defendant.           :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

      The Government is to reply to Defendant's motion, ECF no. 334 by June 30, 2021.  Chambers staff will mail a copy of this Order to Defendant.

Dated: June 10, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.