AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 06 CR 911 (AKH) |
| RODERICK GUNN | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Roderick Gunn.

Date: 02/20/2023

/s/
*Attorney's signature*

SAMUEL JACOBSON, ESQ.
*Printed name and bar number*

Federal Defenders of New York
One Pierrepont Plaza - 16th Floor
Brooklyn, New York 11201
*Address*

samuel_i_jacobson@fd.org
*E-mail address*

(718) 407-7429
*Telephone number*

(718) 855-0760
*FAX number*