UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
                                                        :

UNITED STATES OF AMERICA,            :

                                                        :      **SCHEDULING ORDER**

   -against-                                    :

                                                        :      06 Cr. 911 (AKH)

ALTON DAVIS, et al.,                     :

                                                        :

                         Defendants.    :

                                                        :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Defendant Roderick Gunn's re-sentencing, scheduled for January 25, 2024, is adjourned to April 2, 2024 at 11 a.m.  Defendant Alton Davis's re-sentencing, scheduled for January 25, 2024, is adjourned to April 2, 2024 at 12 p.m.  The Clerk is instructed to terminate the open motion at ECF No. 416.

       SO ORDERED.

Dated:     January 11, 2024                                      /s/ Alvin K. Hellerstein
             New York, New York                              ALVIN K. HELLERSTEIN
                                                                         United States District Judge