# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

March 29, 2024

The proposed briefing
schedule is adopted.
Mr. Gunn's
resentencing scheduled
for April 2, 2024 is
adjourned until May 6,
2024 at 10 a.m.

SO ORDERED

Via ECF and Email
The Honorable Alvin Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

/s/ Alvin K. Hellerstein
U.S.D.J.
April 1, 2024

Re:   United States v. Roderick Gunn, 06 Cr. 911 (AKH)

Dear Judge Hellerstein:

Earlier today, the Court denied the March 27 defense motion to continue the sentencings
of Roderick Gunn and Alton Davis, currently scheduled for April 2. *See* ECF No. 422 (Memo
Endorsement). I write to respectfully ask the Court to reconsider this denial with respect to Mr.
Gunn's sentencing. I have conferred with the government and it does not object to the
continuance as to Mr. Gunn. The parties would jointly propose the following revised schedule:

- Defense Sentencing Submission: April 19
- Government Sentencing Reply: April 26
- Sentencing Hearing: a date soon thereafter, at the Court's convenience

In addition to the grounds for an adjournment articulated in Mr. Gunn's March 27 letter,
*see* ECF No. 420, the Court should continue Mr. Gunn's sentencing for several other reasons.



More importantly, I have not been able to speak with Mr. Gunn substantively at all
during the month of March. It's essential that I see him to review certain important materials and
arguments prior to finalizing his submission. As the Court is aware, and as noted in my March 27
letter, legal visitation has been exceedingly difficult at MDC Brooklyn this month. Despite seven
trips to MDC earlier this month, and two trips during the emergency lockdown this week, I was
unable to see Mr. Gunn. Furthermore, MDC staff have announced that limited operations will

continue through Monday, April 1. I can assure the Court, however, that I will be able to meet with Mr. Gunn and finalize his submission in accordance with the proposed schedule.

Finally, I anticipate that Mr. Gunn's sentencing submission will include more than 40 exhibits, as well as a number of factual and legal arguments regarding the PSR and the sentencing factors. I want to ensure that the government has sufficient time to respond prior to sentencing.

Thank you for your consideration, and apologies to the Court and parties for the inconvenience.

Respectfully submitted,

/s/

Samuel Jacobson
Assistant Federal Defender
(917) 612-7269

cc:     all counsel of record (by ECF)