# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

**David Patton**
*Executive Director and Attorney-in-Chief*

**Deirdre D. von Dornum**
*Attorney-in-Charge*

April 25, 2024

Via ECF and Email
The Honorable Alvin Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

SO ORDERED

/s/ Alvin K. Hellerstein
U.S.D.J.
April 25, 2024

Re: United States v. Roderick Gunn, 06 Cr. 911 (AKH)

Dear Judge Hellerstein:

    In connection with the resentencing proceedings in this matter, currently scheduled for May 6 at 10:00 a.m., I write to respectfully request an extension of the government's reply brief deadline to May 1, 2024. With apologies to the Court, I make this request because Mr. Gunn's sentencing submission was filed late, and the schedule for the government's reply should be modified accordingly, to permit adequate time for the government to respond to if necessary. The date for sentencing would remain the same. I have conferred with government counsel and they consent to this request.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/

Samuel Jacobson
Assistant Federal Defender
(917) 612-7269

cc: all counsel of record (by ECF)